CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 07 2010

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PATRICIA G. COOPER and GINGER COOPER, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 7:10-cv-00074 |
| v. | ) ) ORDER ) |
| BAC HOME LOANS SERVICING LP, ET AL., | ) By: Samuel G. Wilson ) United States District Judge ) |
| Defendants. | ) |

It appearing to the court that defendants, BAC Home Loans Servicing LP and Samuel I. White, PC, have failed to advance for hearing their motion to dismiss (Docket entry No. 6), it is **ORDERED** and **ADJUDGED** that the motion is hereby **DENIED**.

ENTER: This September 7, 2010.

_____
UNITED STATES DISTRICT JUDGE